IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY MEANS,<br>      Plaintiff,<br><br>vs.<br><br>CITY OF MCKEESPORT, VERNON<br>ANDREWS, Police Officer and individually,<br>MCKEESPORT POLICE DEPARTMENT,<br>      Defendants. | )<br>)<br>)<br>) Civil Action No. 11-1092<br>) Judge Mark R. Hornak/<br>) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>)<br>) |

## **O R D E R**

AND NOW, this 11TH day of September, 2014, after the Plaintiff, Tammy Means, filed an action in the above-captioned case, and after Defendant City of McKeesport filed a Motion for Summary Judgment, ECF No. 50, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until September 4, 2014, to file written objections thereto, and upon consideration of the objections filed by Plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment submitted on behalf of Defendant City of McKeesport, ECF No. 50, is GRANTED.

1

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

MARK. R. HORNAK
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

All Counsel of Record Via CM-ECF